NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3096

IROLENE F. WHITEHEAD,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0752080376-I-1.

ON MOTION

Before NEWMAN, BRYSON, and DYK, Circuit Judges.

PER CURIAM.

## O R D E R

Irolene F. Whitehead moves for reconsideration of the court's order dismissing her petition for review as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUN 3 0 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Irolene F. Whitehead
    Ellen M. Lynch, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2009

JAN HORBALY
CLERK